■ BRIAN T. MUSARELLI, Appellant, v NIAGARA MACHINE AND TOOL WORKS, Respondent. [624 NYS2d 983] —Appeal from an order of the Supreme Court (Mugglin, J.), entered April 4,

---

1994 in Delaware County, which granted defendant's motion for summary judgment dismissing the amended complaint.

Order affirmed, upon the opinion of Justice Carl J. Mugglin.

Mercure, J. P., White, Casey, Peters and Spain, JJ., concur. Ordered that the order is affirmed, with costs.